Shane P. Coleman
Michael P. Manning
HOLLAND & HART LLP
401 North 31st Street
Suite 1500
P.O. Box 639
Billings, Montana  59103-0639
Telephone:  (406) 252-2166
Fax:  (406) 252-1669

ATTORNEYS FOR PLAINTIFF

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | | |
|---|---|---|
| HYUNDAI MOTOR FINANCE COMPANY, | ) ) ) | No.  CV-09-91-BLG-RFC-CSO |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT** |
| R. NICK GUTIERREZ, | ) ) | |
| Defendant. | ) | |

Plaintiff, Hyundai Motor Finance Company ("HMFC"), by and through its counsel of record, Holland & Hart LLP, hereby submits its Rule 7.1 Disclosure Statement pursuant to the Federal Rules of Civil Procedure.

Hyundai Motor Finance Company (HMFC) hereby declares that it is a wholly-owned subsidiary of Hyundai Capital America, a subsidiary of Hyundai Motor America, a subsidiary of Hyundai Motor Company of Korea, a publicly held corporation.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated this 21st day of July, 2009.

    /s/  Shane P. Coleman
Shane P. Coleman

**ATTORNEYS FOR PLAINTIFF**

4572298_1.DOC