Stephen C. Mackey
Towe, Ball, Enright, Mackey
& Sommerfeld, P.L.L.P.
2525 Sixth Avenue North
P.O. Box 30457
Billings, MT 59107-0457
(406) 248-7337
Facsimile: (406) 248-2647
smackey@tbems.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | | |
|---|---|---|
| HYUNDAI MOTOR FINANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | No. CV 09-91-BLG-RFC-CSO |
| vs. | ) ) ) | **ANSWER** |
| R. NICK GUTIERREZ, | ) ) | **AND JURY DEMAND** |
| Defendant. | ) | |

Defendant, R. Nick Gutierrez, by and through his counsel of record, for his Answer, states and alleges as follows:

1.   Answering the allegations of the Complaint, the Defendant answers as follows:

a.  Admits the allegations of ¶¶1, 2, 3, 4, 5, 6, 7, and 15.

b.  The Defendant denies the allegations of ¶¶8, 10, 11, 14, and 16.

c.  The Defendant admits the first two sentences of ¶9, and is without sufficient information to admit or deny the last sentence of ¶9, and therefore denies the same.

d.  Answering ¶13 of the Complaint, the Defendant admits the first sentence thereof, but is without sufficient information to admit or deny the remaining allegations thereof, and therefore denies the same.

e.  Answering ¶12 of the Complaint, the Defendant answers the restated paragraphs in the same manner as originally answered herein.

f.  The Defendant denies all further allegations of the Complaint not previously answered herein.

## FIRST AFFIRMATIVE DEFENSE

The Plaintiff's Complaint fails to state a claim against the Defendant upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

The amount alleged due in the Complaint has been paid in full or substantially in full.

WHEREFORE, the Defendant prays for the following:

1.      That the Plaintiff's Complaint be dismissed;

2.      For Defendant's costs and attorney fees incurred herein; and

3.      For such other and further relief as the Court deems just and property.

DATED this 28th day of September, 2009.

TOWE, BALL, ENRIGHT, MACKEY & SOMMERFELD, PLLP


By  /s/ Stephen C. Mackey
    STEPHEN C. MACKEY
    Attorneys for Defendant


## JURY DEMAND

The Defendant prays for trial by jury in the above-captioned cause.

DATED this 28th day of September, 2009.

TOWE, BALL, ENRIGHT, MACKEY & SOMMERFELD, PLLP


By  /s/ Stephen C. Mackey
    STEPHEN C. MACKEY
    Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certificate that on September 28, 2009, a copy of the foregoing document was served on the following persons by the following means:

1, 2,___, CM/ECF
_____ Hand Delivery
_____ Mail
_____ Overnight Delivery Service
_____ Fax
_____ E-Mail

1.     Clerk, U.S. District Court

2.     Shane P. Coleman
       Michael P. Manning
       Holland & Hart LLP
       spcoleman@hollandhart.com
       mpmanning@hollandhart.com


                                _____/s/ Stephen C. Mackey_____
                                Stephen C. Mackey
                                Attorney for Defendant